161 So. 920

■

**Birdie PARCUS v. STATE.**
8 Div. 65.

Court of Appeals of Alabama.
June 4, 1935.

PER CURIAM.
Affirmed.

163 So. 908

■

**John Henry PARK v. STATE.**
8 Div. 77.

Court of Appeals of Alabama.
Oct. 29, 1935.

SAMFORD, Judge.
Affirmed.

163 So. 908

■

**Buster PARKER v. STATE.**
6 Div. 834.

Court of Appeals of Alabama.
Nov. 5, 1935.

RICE, Judge.
Affirmed.

157 So. 922

■

**William PARKER v. STATE.**
5 Div. 944.

Court of Appeals of Alabama.
Nov. 27, 1934.

SAMFORD, Judge.
Appeal dismissed.

155 So. 922

■

**Grant PARRIS, Jr., v. STATE.**
8 Div. 959.

Court of Appeals of Alabama.
May 22, 1934.

SAMFORD, Judge.
Appeal dismissed.

153 So. 923

■

**Marvin PARRISH v. STATE.**
8 Div. 885.

Court of Appeals of Alabama.
March 6, 1934.

SAMFORD, Judge.
Affirmed.

159 So. 894

■

**W. D., alias Ned, PARSONS v. STATE.**
6 Div. 635.

Court of Appeals of Alabama.
Dec. 18, 1934.

SAMFORD, Judge.
Affirmed.

159 So. 894

■

**Edward L. PATE v. STATE.**
8 Div. 923.

Court of Appeals of Alabama.
June 27, 1934.

Rehearing Denied Oct. 2, 1934.

Fred S. Parnell, of Florence, for appellant.
Thos. E. Knight, Jr., Atty. Gen., for the State.